**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAMON ALLEN,

     Petitioner,

v.                                                         Case No. 10-14832

CARMEN PALMER,

     Respondent.

_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying the Petition for a Writ

of Habeas Corpus and Denying a Certificate of Appealability" dated January 30, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Respondent Carmen Palmer.  Dated at Detroit, Michigan, this 30th day of January

2013.

DAVID J. WEAVER
CLERK OF THE COURT

s/ Lisa Wagner
By:  Lisa Wagner, Case Manager
to Judge Robert H. Cleland